EL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY DAWKINS, | : | CIVIL ACTION |
| Petitioner | : | |
| v. | : | |
| | : | |
| JEROME WALSH, *et al.*, | : | |
| Respondent | : | NO. 11-7467 |

## ORDER

AND NOW, this 17th day of May, 2012, upon consideration of the Petition for Writ of Habeas Corpus, the Memorandum of Law in Support, inclusive of all exhibits thereto, the Commonwealth's Response, inclusive of all exhibits thereto, the other documents filed by the parties and after review of the Report and Recommendation of Chief United States Magistrate Judge Carol Sandra Moore Wells, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED; *Objections overruled.*

2. The Petition for Writ of Habeas Corpus is DISMISSED and DENIED without an evidentiary hearing; and

3. Petitioner has neither shown a denial of a constitutional right, nor established that reasonable jurists would disagree with this court's disposition of his claims. Consequently, a certificate of appealability is DENIED.

IT IS SO ORDERED.

BY THE COURT:

_____
EDMUND LUDWIG, J.